IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. 3-08CR 302-D |
| | § |
| DONALD CALHOUN | § |

# INDICTMENT

The Grand Jury Charges:

### Count One
### Unlawful Possession of an Illegally Manufactured Destructive Device
(Violation of 26 U.S.C. § 5861(c) and § 5871)

On or about February 19, 2008, in the Dallas Division of the Northern District of Texas, the defendant, **Donald Calhoun**, did knowingly and unlawfully possess a firearm, an illegally manufactured destructive device commonly known as a "pipe bomb," bearing no serial number.

In violation of 26 U.S.C. § 5861(c) and § 5871.

**Indictment - Page 1**

Count Two
Arson
(Violation of 18 U.S.C. § 844(i))

On or about February 19, 2008, in the Dallas Division of the Northern District of Texas, the defendant, **Donald Calhoun**, did maliciously damage and attempt to damage and destroy by means of fire and explosives Tourist Court Motel Room #8 and surrounding areas, located at 1124 East Main Street, Grand Prairie, Texas, which was a building used in or affecting interstate commerce.

In violation of 18 U.S.C. § 844(i).

TRUE BILL.

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
BRANDON N. MCCARTHY
~~Assistant United~~ States Attorney
Texas Bar No. 24027486
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214.659.8667
Fax: 214.767.4100

Indictment - Page 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes [X] No    New Defendant: [X] Yes ☐ No

Pending CR Case in NDTX: ☐ Yes [X] No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

RECEIVED OCT 7 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

   Juvenile: ☐ Yes [X] No

   If Yes, Matter to be sealed:

   ☐ Yes    ☐ No

   Defendant Name: **DONALD CALHOUN**

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas, Texas

2. **U.S. Attorney Information**

   **AUSA BRANDON N. MCCARTHY**      Texas Bar No. 24027486

3. **Interpreter**

   ☐ Yes [X] No    If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **2**    ☐ Petty    ☐ Misdemeanor    [X] Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 26 U.S.C. § 5861(c) and § 5871 | Unlawful Possession of an Illegally Manufactured Destructive Device | 1 |
   | 18 U.S.C. § 844(1) | Arson | 2 |

Date October 7, 2008      Signature of AUSA: _____

                                                    BRANDON N. MCCARTHY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



THE UNITED STATES OF AMERICA

v.   3-08CR 302-D

**DONALD CALHOUN (01)**

INDICTMENT

26 U.S.C. §§ 5841(a)(8), 5845(f)(1)(A), 5861(d) and 5871
Possession of an Unregistered Firearm (Destructive Device)

26 U.S.C. § 5861(c) and § 5871
Unlawful Possession of an Illegally Manufactured Destructive Device

18 U.S.C. § 844(i)
Arson

2 Counts

A true bill rendered

---
DALLAS                                              FOREPERSON

Filed in open court this ___7___ day of October, A.D., 2008.

---
                                                            Clerk
**WARRANT TO ISSUE**
---
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Magistrate Complaint pending